■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN JAMES, Appellant. [640 NYS2d 776] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court, dated May 23, 1983 (*see, People v James,* 94 AD2d 983), affirming a judgment of the County Court, Nassau County, rendered February 2, 1982.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Rosenblatt, J. P., Miller, O'Brien and McGinity, JJ., concur.